# EXHIBIT 2

From: **Sandra Betters** <sbetters@nardin.org>
Date: Thu, Mar 17, 2022 at 9:02 AM
Subject: ▇▇▇▇
To: Patricia Lorence <plorence@nardin.org>

Good Morning,

I hope this email finds you well.  I am writing today in support of ▇▇▇▇ decision to prioritize her well being this week.  As is true for most Nardin girls, there are exceptional time periods throughout the academic year when there are far more demands on our young women than are tenable.  Likewise, I support her efforts in expressing her God-given gifts in ways that fully reflect our mission and provide her with much needed self-care.

As you know, ▇▇▇▇ has embraced her role in both the Nardin community and the greater Buffalo community.  At times, school, and the ever important obligations outside of the classroom doors, exceed the capacity of students, even those with the most consistent efforts.

▇▇▇▇ reached out to me last night as I am traveling for Nardin and expressed to me her worry that she would not complete all of her work and if she did not complete it, this would negatively impact her grade. Additionally, she shared the last time she felt exhausted, she pushed through and ended up doing the wrong list for vocabulary. She shared that she inadvertently completed the wrong list, which in the end still resulted in her learning new vocabulary, but lost credit when this happened.

I was surprised to learn that a student, who completed her work, was not given the opportunity to correct the error without penalty. Further, this experience had her in tears and completely overwhelmed last night when she clearly needed her rest.

I have assured her that her teachers will positively recognize and uphold that she is a fully participatory member of her classroom communities and that teachers, if given an opportunity ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, will respect that she is prioritizing a healthy approach to a school - life balance.

▇▇▇▇ continues to share how much she has learned this year in your class, and she truly respects your expertise.  My wish for ▇▇▇▇, and really all young women, is that they see their peers and mentors as women who will support healthy decisions and can trust that when those decisions are made, along with responsible communications, she will not be penalized but rather supported and encouraged to continue these behaviors throughout life.

I appreciate the environment of care and understanding (and humor) you provide ▇▇▇▇ in class - I know this has made a significant impact on her transition this year.

Have a lovely day,

Sandra

**Sandra Betters**
President at Nardin Academy

**Address** 135 Cleveland Ave., Buffalo, NY 14222
**Phone** 716-881-6262 Ext.1040 **Email** sbetters@nardin.org
**Website** www.nardin.org