**WIGDOR.**

**Monica Hincken**
mhincken@wigdorlaw.com

June 28, 2024

**VIA ECF**

The Honorable John L. Sinatra, Jr.
United States District Court
Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

      Re:    Betters v. Nardin Academy, *et al.*; Case No. 23-cv-00882 (JLS)

Dear Judge Sinatra,

We represent Plaintiff Sandra Betters ("Plaintiff") in this matter.  We write to respectfully request a 7-day extension of the current deadline to file Plaintiff's memorandum of law in opposition to the motion to appoint an arbitrator filed on June 21, 2024 by Defendants Nardin Academy, Marsha Sullivan and Charlie Chiampou (see Dkt No. 108) and joined by Defendant Luke Jacobs on June 24, 2024.[1]  See Dkt. No. 111.  A 7-day extension would move the current deadline of July 8, 2024 to July 15, 2024.  Defendants consent to Plaintiff's request on the condition that, if the Court grants the extension, Defendants will have until July 29, 2024 to file their replies.

This is Plaintiff's first request for an extension of this deadline.  The request is based upon Counsel's previously scheduled time out of the office.  The extension will not affect any other scheduled dates.

We thank the Court for its time and consideration in connection with this matter.

Respectfully submitted,

*Monica Hincken*
Monica Hincken

---

[1] To the extent another Defendant joins the motion, we request that the same briefing schedule be applied.