UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SANDRA BETTERS,

                          Plaintiff

vs.

NARDIN ACADEMY,
MARSHA SULLIVAN,
MICHAEL LAWLEY,
FRANK EWING,
LUKE JACOBS,
CHARLIE CHIAMPOU,
PATRICIA LORENCE,
KENT LORENCE and
THERESE FORTON-BARNES,

                          Defendants

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Civil Action No.: 1:23-cv-00882

---

Notice is hereby given that, subject to approval by the Court, Kent Lorence, substitutes Meghann N. Roehl, Esq., as counsel of record in place of Roach, Brown, McCarthy & Gruber, P.C.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Lippes Mathias, LLP |
| Address: | 50 Fountain Plaza, Suite 1700, Buffalo, New York 14202-2216 |
| Telephone: | 716-853-5100 |
| Email: | mroehl@lippes.com |

I consent to the above substitution.

Date: 9/16/24

_____
Kent Lorence

I consent to the above substitution.

Date: 09/26/2024

_____
Roach Brown McCarthy & Gruber, P.C.

I consent to the above substitution.

Date: 9/23/24

_____
Meghann N. Roehl, Esq.

The substitution of attorney is hereby approved and SO ORDERED.

Date: _____

_____
Hon. John L. Sinatra, Jr.